UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| CHAMBERS OF<br>CHARLES B. DAY<br>UNITED STATES MAGISTRATE JUDGE | U.S. COURTHOUSE<br>6500 CHERRYWOOD LANE<br>GREENBELT, MARYLAND 20770<br>(301) 344-0393<br>FAX (301) 344-0394 |

MEMORANDUM

TO:	Counsel of Record

FROM:	Judge Charles B. Day
	United States Magistrate Judge

RE:	<u>Smith-Payne v. Pack Edge, Inc.</u>
	Civil Action No. CBD-15-1764

DATE:	August 7, 2015

* * * * * * * * *

Please be advised that a telephone conference hearing has been scheduled for **Tuesday, August 11, 2015 at 11:00 a.m.** in the above-captioned matter regarding revising the scheduling order in this matter (ECF 19)..

The parties asked to dial into the telephone conference using the following phone number, access code, and participant security code:

| | |
|---|---|
| Phone number: | (888) 684-8852 |
| Access code: | 5923783 |
| Participant Security code: | 9815 |

Please do not use speakerphones once the conference call has commenced as they compromise the quality of the electronic record.

Despite the informal nature of this memorandum, it is nonetheless an Order of the Court, and the Clerk is directed to docket it as such.

/s/
Charles B. Day
United States Magistrate Judge